**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
JUN 09 2025
Clerk, U.S. Courts
District Of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. USMAN HANIF KHAN, Defendant. | CR 25-71- BLG-SPW <br><br> MJ-25-55-BLG-TJC <br><br> **INFORMATION** <br><br> USE OF FACILITY IN INTERSTATE COMMERCE IN AID OF RACKETEERING <br> Title 18 U.S.C. § 1952(a)(3) <br> (Penalty: Five years imprisonment, $250,000 fine, three years supervised release) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

That on and around April 9, 2023, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, USMAN HANIF

1

KHAN, used a facility in interstate commerce, the internet and a cellular telephone, with the intent to promote, manage, establish and carry on, and facilitate the promotion, management, establishment and carrying on, of unlawful activity, that is, promotion of prostitution with respect to Jane Doe in violation of the laws of the State of Montana and the United States, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of 18 U.S.C. § 1952(a)(3).

DATED this 9th day of June 2025

KURT G. ALME
United States Attorney

ZENO B. BAUCUS
Assistant United States Attorney
Attorney for Plaintiff

KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2